**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ASPHALT PAVING SYSTEMS, INC.,

    Plaintiff,

v.                                     Case No.   3:18-cv-255-J-34JBT

SOUTHERN STATES PAVEMENT
MARKINGS, INC. and MERCHANTS
BONDING COMPANY (MUTUAL),

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal (Dkt. No. 45; Stipulation) filed on September 17, 2019. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of September, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record